# STATE OF LOUISIANA

## COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

ARTHUR NICHOLAS

NO. 2025 KW 0369

**JULY 9, 2025**

---

In Re:   Arthur Nicholas, applying for rehearing, 23rd Judicial District Court, Parish of Ascension, No. 23,209.

---

**BEFORE:   PENZATO, STROMBERG, AND FIELDS, JJ.**

**APPLICATION FOR REHEARING DENIED.** An application for rehearing will not be considered where this court denied the original writ application. <u>See</u> Uniform Rules-Louisiana Courts of Appeal, Rules 2-18.7 & 4-9.

**AHP**
**TPS**
**WEF**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT